02-12-278-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00278-CV

 

 


 
 
 MICHAEL ANGELES
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 ASHLEY ANN WANSLEY
 
 
  
 
 
 APPELLEE
 
 


 

                                                                                                                             

------------

 

FROM THE
211TH DISTRICT COURT OF DENTON COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          Appellant Michael Angeles filed his notice
of appeal of the trial court’s April 10, 2012 judgment on July 10, 2012. 
Because he filed his motion for new trial on May 11, 2012, one day late, his
notice of appeal appeared to be untimely, and on July 17, 2012, we sent
Appellant a letter informing him of our concern that we lacked jurisdiction
over the appeal because of the untimely filing of the notice of appeal.  We
requested that he or any party desiring to continue the appeal file a response
showing grounds for continuing the appeal by July 27, 2012, or the appeal could
be dismissed for want of jurisdiction.  See Tex. R. App. P. 42.3(a),
44.3.  Having received no response, we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P. 42.3, 43.2(f).

 

PER CURIAM

 

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED:  September 20, 2012

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NO. 02-12-00278-CV

 

 


 
 
 Michael Angeles
  
  
 v.
  
  
 Ashley Ann Wansley
 
 
 §
  
 §
  
 §
  
 §
  
  
 
 
 From the 211th District Court of 
  
 Denton County (2008-30055-211)
  
 September 20, 2012
  
 Per Curiam
 
 


 

 

JUDGMENT

 

          This court has considered the record on
appeal in this case and holds that the appeal should be dismissed.  It is
ordered that the appeal is dismissed for want of jurisdiction.

 

 

SECOND DISTRICT COURT OF APPEALS


 

 

PER CURIAM








 

 









[1]See
Tex. R. App. P. 47.4.